IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03122-PAB-BNB

FELICIA GALYAS,

Plaintiff,

v.

LOCKHEED MARTIN CORP., d/b/a LOCKHEED MARTIN SPACE SYSTEMS,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Pursuant to the filing of the Stipulated Motion to Vacate Motion Hearing [44],

IT IS ORDERED that the **Motion for Protective Order Regarding Deposition** [39] is DENIED AS WITHDRAWN and the hearing set for **November 18, 2011**, is VACATED.

DATED:  November 15, 2011