IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03122-PAB-BNB

FELICIA GALYAS,

Plaintiff,

v.

LOCKHEED MARTIN CORP., d/b/a LOCKHEED MARTIN SPACE SYSTEMS,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Defendant's Unopposed Motion to File Amended Response to Motion for Leave to Extend time and Permit Plaintiff to Supplement Responses to Lockheed Martin's First Request for Admission Nos. 2, 6, 7, 9, 10 & 11** [docket no. 58, filed February 2, 2012] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and attached Amended Response will be used as the response to the plaintiff's motion.

DATED:  February 6, 2012